UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EMILE BOUARI,

       Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

       Defendants.

Case No. 2:21-cv-1974-APG-DJA

**Order Dismissing Defendants Ro and Chaney for Failure to Timely Serve**

    Plaintiff Emile Bouari has not filed proof of proper and timely service on defendants Charles Ro and Carol Chaney, so I ordered him to show cause why I should not dismiss his claims against those two defendants without prejudice for failure to timely serve them. ECF No. 64.  Bouari did not respond by the given deadline.

    I THEREFORE ORDER that plaintiff Emile Bouari's claims against defendants Charles Ro and Carol Chaney are dismissed without prejudice for failure to timely and properly serve them.

    DATED THIS 22nd day of September, 2023.

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE