# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Emile Bouari, | Case No. 2:21-cv-01974-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| United States of America, et al., | |
| Defendants. | |

This matter is before the Court on Defendants Paul Padda and Jason Hahn's motion to strike Plaintiff's supplement. (ECF No. 74). After Plaintiff filed his amended complaint (ECF No. 69) and Defendants moved to dismiss that complaint (ECF No. 70), Plaintiff filed a supplement to his amended complaint, citing Federal Rule of Civil Procedure 15 (ECF No. 73). Plaintiff's supplement seeks to add additional facts regarding Padda. (ECF No. 73 at 2).

Padda and Hahn argue that Plaintiff's supplement is improper under Local Rule 7-2(g) because Plaintiff did not seek leave of Court to file a supplement. (ECF No. 74). Plaintiff responds and describes the facts he wishes to supplement as "newly attained discovery." (ECF No. 75). Padda and Hahn reply that, because Plaintiff did not address Local Rule 7-2(g) in his response, he has conceded that the supplement was improperly filed. (ECF No. 76).

Under Federal Rule of Civil Procedure 15(d), "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Under Local Rule 7-2(g), "[a] party may not file supplemental pleadings…without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court."

Here, Plaintiff's supplement is improper under both Federal Rule of Civil Procedure 15(d) and Local Rule 7-2(g) because Plaintiff has not moved to supplement his pleadings. And Plaintiff

has not explained why he did not move for that relief in his response. The Court thus grants Padda and Hahn's motion to strike.

**IT IS THEREFORE ORDERED** that Padda and Hahn's motion to strike (ECF No 74) is **granted.** The Clerk of Court is kindly directed to **strike** Plaintiff's supplement filed at ECF No. 73.

DATED: January 4, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE