UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMILE BOUARI,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01974-APG-DJA<br><br>**Order Granting Defendants' Motion to Dismiss**<br><br>[ECF No. 80] |

Emile Bouari alleges that he was the victim of a wide conspiracy carried out by F.B.I. agents, government attorneys, private attorneys and investigators, and his ex-wife to prosecute him for federal crimes. ECF Nos. 8, 40, 69. Bouari filed a Third Amended Complaint after I dismissed prior versions for various reasons. ECF No. 79. Defendants Paul Padda and Jason Hahn move to dismiss the third amended for failure to state a claim. Bouari did not respond. He therefore consents to me granting the motion. LR 7-2(d). Because I have given Bouari multiple chances to properly plead a complaint and he has been unable to do so, I dismiss without leave to amend.

I THEREFORE ORDER the defendants' motion to dismiss **(ECF No. 80) is granted**. Plaintiff Emile Bouari's third amended complaint (ECF No. 79) is dismissed. The clerk of court is instructed to close this case.

DATED this 2nd day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE